## RICHARD JANULAWICZ *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Janulawicz' petition for certification for appeal from the Appellate Court, 127 Conn. App. 576 (AC 31760), is granted, limited to the following issue:

"Did the Appellate Court correctly determine that the habeas court improperly restored the petitioner's right to seek certification to appeal an earlier decision of the Appellate Court to the Supreme Court?"

The Supreme Court docket number is SC 18790.

*Martin Zeldis*, public defender, in support of the petition.

*Michael Proto*, assistant state's attorney, in opposition.

Decided May 11, 2011

## MICHAEL PARROTT *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Parrott's petition for certification for appeal from the Appellate Court, 127 Conn. App. 904 (AC 31807), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mary H. Trainer*, special public defender, in support of the petition.

*Melissa Patterson*, assistant state's attorney, in opposition.

Decided May 11, 2011